### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TIMOTHY RAY BURTON**                                            **PETITIONER**
**ADC #154389**

**V.**                              **NO. 4:24-cv-741-DPM-ERE**

**DEXTER PAYNE Director,**
**Arkansas Division of Correction**                      **RESPONDENT**

## ORDER

On April 10, 2023, the Court set a deadline of April 24, 2025 for Mr. Burton to file a reply addressing Respondent's supplemental response (*Doc. 17*) to his § 2254 habeas petition. Now pending is Mr. Burton's motion requesting a 30-day extension of time to file his reply. *Doc. 20*. He also states that he never received Respondent's supplemental response without which he is unable to respond to the substance of Respondent's arguments. For good cause shown, Mr. Burton's motion is granted.

IT IS HEREBY ORDERED that Petitioner's motion (*Doc. 20*) is GRANTED.  Mr. Burton has up to and including ***Friday, May 23, 2025*** to file a reply to Respondent's supplemental Response. The Clerk is directed to mail Mr. Burton a copy of Respondent's supplemental response (*Doc. 17*) along with a copy of this Order.

Dated 25 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE