IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY RAY BURTON**
ADC #154389                                                                PETITIONER

v.                             No. 4:24-cv-741-DPM

DEXTER PAYNE, Director, Arkansas
Division of Correction                                                     RESPONDENT

ORDER

Unopposed recommendation, *Doc. 22*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Burton's § 2254 petition, *Doc. 2*, will be dismissed with prejudice. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2025