IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY RAY BURTON**  **PETITIONER**
ADC #154389

v.  No. 4:24-cv-741-DPM

**DEXTER PAYNE**, Director, Arkansas
**Division of Correction**  **RESPONDENT**

## JUDGMENT

Burton's § 2254 petition, *Doc. 2*, is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2025